**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **Seneethia A. Coffey,** ) | CASE NO.  5:08cv1476 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **MEMORANDUM OF OPINION** |
| ) | **AND ORDER** |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

Before the Court is the Report and Recommendation of Magistrate Judge David S. Perelman issued on June 5, 2009 (**ECF 15**).  The Magistrate Judge recommends that the Commissioner's decision denying Seneethia A.Coffey's application for disability insurance benefits and supplemental security income be affirmed.  Under the relevant statute:

> Within *ten days* after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1988) (emphasis added).  In this case, over four weeks have elapsed since the Magistrate Judge's Report and Recommendation was issued, and neither an objection nor a request for an extension to file objections has been filed.

The failure to timely file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); see United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's thorough and well-written Report and Recommendation and hereby **ADOPTS** the Magistrate's recommendation that the Commissioner's decision denying Seneethia A. Coffey's application for disability insurance benefits and supplemental security income be **AFFIRMED**.

**IT IS SO ORDERED.**

 /s/Dan Aaron Polster 7/2/09
**Dan Aaron Polster**
**United States District Judge**